**Motion Granted; Appeal Dismissed and Memorandum Opinion filed April 27, 2021.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-20-00343-CR

---

### CHRISTOPHER ROLAND RODGERS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

**On Appeal from the 212th District Court**
**Galveston County, Texas**
**Trial Court Cause No. 18-CR-2844**

---

### MEMORANDUM OPINION

Appellant Christopher Roland Rodgers has signed and filed a written request to withdraw his notice of appeal. *See* Tex. R. App. P. 42.2. Because this court has not delivered an opinion, we grant appellant's request.

We dismiss the appeal. We direct the clerk of the court to issue the mandate of the court immediately. *See* Tex. R. App. P. 2.

Further, the State's motion to dismiss the appeal is denied.


PER CURIAM


Panel consists of Chief Justice Christopher and Justices Spain and Wilson.

Do Not Publish – Tex. R. App. P. 47.2(b)